UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-746(JMR/SRN)

| | | |
|---|---|---|
| Richard S. Bond | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Twin Cities Carpenters Pension Fund, sued as Twin City Carpenters and Joiners Pension Fund | ) | |

On August 22, 2001, the Court granted defendant's motion for summary judgment and denied plaintiff's motion for summary judgment in a dispute regarding reimbursement of costs in an Employment Retirement Income Security Act ("ERISA") case. On October 8, 2002, the Eighth Circuit Court of Appeals reversed that decision and remanded the matter with instructions to require defendant Twin Cities Carpenters to pay Richard Bond's share of the arbitration costs. Accordingly, IT IS ORDERED that:

Plaintiff's motion for summary judgment is granted. Defendant is ordered to pay plaintiff's share of arbitration costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 2nd, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED 1-7-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED 1-7-03
DEPUTY CLERK'S INITIALS

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 417 Federal Building<br>515 West First Street<br>Duluth, MN 55802 |

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.