UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-746 (JMR/FLN)

| | | |
|---|---|---|
| Richard Bond<br><br>v.<br><br>Twin City Carpenters & Joiners Pension Fund | )<br>)<br>)<br>)<br>)<br>) | 00-CV-746 (JMR/FLN) |

This matter came before the Court on plaintiff's motion for attorneys fees (Doc.# NONE)

The motion is hereby referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: February 4th, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED FEB 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK