**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No. 00-CV-746 JMR/FLN

Richard S. Bond

Plaintiff,

vs.

Twin City Carpenters and Joiners Pension Fund,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

The above-entitled parties, through their undersigned counsel, hereby stipulate and agree that the above-entitled matter has been settled in its entirety and may be dismissed with prejudice with respect to all claims and counterclaims.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 4/17/03

By ______________________
Alan I. Silver (License #101023)
Kevin P. Hickey (License #202484)
Attorneys for Plaintiff
33 South Sixth Street, Suite 3550
Minneapolis, Minnesota 55402-3787
(612) 333-3000

**McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED**

Dated: 4/23/03

By ______________________
David Anderson (License #1818)
Pamela Hodges Nissen (License #259810
Kathleen M. Brennan (License #256870)
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

FILED 5-1-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the foregoing stipulation of counsel, the above-entitled matter is hereby dismissed in its entirety with prejudice, and without cost to either party.

Dated: May 1, 2003

James M. Rosenbaum
United States District Court Judge